Herter Realty Company v. Title Guarantee, etc., Company.— Motion granted, with ten dollars costs.

Vermont Trading Company v. Josephine S. Bennett. Samuel Goldstein v. Herman T. Mendelsohn. Frank M. Hardenbrock v. James L. Quackenbush.— Motion granted unless appellant complies with terms stated in order.

Louis Becker v. Theodore H. Joseph.— Motion granted, with ten dollars costs.

Siegfried M. Bier v. Twenty-fifth Construction Company.— Motion granted unless appellant complies with terms stated in order.

Walter Althause v. Guy E. Giroux. (3 cases.) — Motions denied.

Wolf Goldstein v. Schwartzschild & Sulzberger.— Motion granted, with ten dollars costs.

Charlotte E. Bartlett v. Robert Blei. Arje Barnett v. Samuel Gallucci. Scheer Ginsberg Company v. Susan Devin. Charlotte Moser v. Angello Legniti. (2 cases.) William Moser v. Angello Legniti. (2 cases.) — Applications denied, with ten dollars costs. Orders signed.

Morris L. Schemberg v. Malcolm D. Whitman.— Application granted. Order signed.

James J. Egan v. The Board of Education of the City of New York.— Motion granted.

Annie Hamilton v. Alice Crawford.— Motion granted.

Barney Gelder v. International Ore Company.— Motion denied, with ten dollars costs.

In the Matter of The New York Taxicab Company.— Motion denied, with ten dollars costs.

Lottis Kent v. Edward J. De Coppet.— Motion denied, with ten dollars costs.

The People of the State of New York v. Antonio Bartelino. The People of the State of New York v. Louis Cohen.— Motions granted.

The People of the State of New York v. Noah Loder, Jr. The People of the State of New York v. Grace Williams.— Motions granted, unless appellants comply with terms stated in order.

In the Matter of Mary A. Dunn.— Application denied, without costs.

In the Matter of Mary A. Dunn.— The record now having been filed, the appeal is set down for June fourteenth, at which time appellant must be ready for argument.

In the Matter of Clarence F. Birdseye.— Motion granted; respondent to have the right to examine witness either orally or by written interrogatories. Order to be settled on notice.

In the Matter of Julius Levy.— Proceeding dismissed. Order to be settled on notice.

Walter Althause, Respondent, v. Giroux Consolidated Mines Company, Appellant. (2 cases.) Walter Althause, Respondent, v. Guy E. Giroux, Appellant. (3 cases.) — Motions denied, without costs. Orders to be settled on notice. (See ante, p. 580.)

Lillian E. Hayes, Appellant, v. New York Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion.